IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CASEY CATTIE, On Behalf of Herself and All Others Similarly Situated, ) ) ) | |
| *Plaintiffs*, ) ) | COLLECTIVE ACTION |
| ) | CASE NO. 3:20-cv-00237 |
| v. ) ) | JUDGE CAMPBELL |
| CASTLEROCK HOSPITALITY ) EMPLOYEES LLC and CASTLEROCK ) HOSPITALITY MANAGEMENT LLC, ) d/b/a BOBBY HOTEL, ) ) | JURY DEMAND |
| *Defendants.* ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF THE PARTIES'
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiff Casey Cattie, on behalf of herself and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Fair Labor Standards Act ("FLSA") collective action, proceeding pursuant to 29 U.S.C. § 216(b) give notice to the Court that the Parties have agreed to resolve this matter and submit this motion for approval of the parties' Settlement Agreement (attached as Exhibit 1) and dismissal of this case with prejudice.

Plaintiff respectfully requests that the Court approve this FLSA settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in informal discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Then, the parties engaged in an arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues, including the amounts to be paid as wages and damages to each of the Plaintiffs, a service payment for the Named Plaintiff, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

Plaintiff and her counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, Plaintiff further requests that the Court dismiss this action with prejudice.

In support of this Motion, Plaintiff has filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, Plaintiff respectfully requests that the settlement be approved. Defendants do not oppose this Motion and agree that the Settlement Agreement should be approved.

Date: November 6, 2020

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (KY Bar No. 98258)**
**JOSHUA A. FRANK (TN Bar No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Approval of the Parties' Settlement Agreement and Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on the following counsel for Defendants as listed below via the Court's ECF system on November 6, 2020:

**JENNIFER ROBINSON (TN Bar No. 20380)**
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: (615) 383-3033
Facsimile: (615) 383-3323
jenrobinson@littler.com

*Attorneys for Defendants*

                                          /s/ David W. Garrison
                                          DAVID W. GARRISON
                                          **BARRETT JOHNSTON**
                                                **MARTIN & GARRISON, LLC**