IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CASEY CATTIE, On Behalf of Herself and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CASTLEROCK HOSPITALITY EMPLOYEES LLC and CASTLEROCK HOSPITALITY MANAGEMENT LLC, d/b/a BOBBY HOTEL,<br><br>*Defendants*. | COLLECTIVE ACTION<br><br>CASE NO. 3:20-cv-00237<br><br>JUDGE CAMPBELL<br><br>JURY DEMAND |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on Plaintiff's Unopposed Motion for Approval of the Parties' Settlement Agreement. For good cause shown, Plaintiff's Unopposed Motion is GRANTED. The Court herby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and dismisses Plaintiff's claims with prejudice.

It is so ORDERED.

Entered this  13th  day of November, 2020.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE